**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TENASHA CHAMBERS,

                     Plaintiff,                             23 **CIVIL** 8125 (SLC)

      -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated December 11, 2023, that the final decision of the Commissioner be reversed, and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including that Plaintiff will be offered a new hearing. The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York

      December 11, 2023

                                        **RUBY J. KRAJICK**
                                      **Clerk of Court**

               **BY:**  _____

                                      **Deputy Clerk**